## STATEMENT OF FACTS

On Wednesday, December 2, 2020, at approximately 5:30 p.m., members of the Metropolitan Police Department (MPD) Third District were dispatched simultaneously to an "armed robbery" radio run in the 1400 Block of Irving Street Northwest in Washington, D.C. and to a "man with a gun" radio run at 15th Street Northwest and Irving Street Northwest. Once on scene, officers were met by a witness (W1), who pointed out an individual on the front steps of 3120 16th Street Northwest as the man armed with a gun. Officers made contact with the individual, later identified as Michael Freeman (Defendant Freeman), and noticed a bulge in his front left jacket pocket. Officers asked Defendant Freeman if he had any guns or drugs on him and if they could pat him down. Defendant Freeman stated that he had a gun. A firearm was recovered from the front, left jacket pocket of Defendant Freeman. Defendant Freeman was placed under arrest.

The firearm that recovered was determined to be a Lorcin Engineering Company Inc., model L380, .380 caliber handgun with a serial number of 495750.  When it was recovered, it was loaded with no round in the chamber and seven (7) rounds in an unknown capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

A criminal history check of Defendant Freeman through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Assault with a Dangerous Weapon in the Superior Court for the District of Columbia, case number 2016 CF3 2811. The defendant was sentenced to forty-eight (48) months of incarceration for this offense. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER KEVIN VIDAL
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of December, 2020.*

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

Case: 1:20−mj−00241
Assigned To : Faruqui, Zia M.
Assign. Date : 12/3/2020
Description: Complaint w/ Arrest Warrant